# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-1910
_____

FRANCIS HERRBOLD,

>   Appellant,

>   v.

STATE OF FLORIDA,

>   Appellee.

_____

On appeal from the Circuit Court for Walton County.
J. Ryan Love, Judge.

February 4, 2026

PER CURIAM.

Considering the response filed by Appellee on December 3, 2025, the Court dismisses this case as moot.

ROWE, NORDBY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Luke Newman of Luke Newman, P.A., Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Trisha Meggs Pate, Assistant Attorney General, Tallahassee, for Appellee.